[No. 23289-8-II.    Division Two.    April 16, 1999.]

DAVID A. McPHADEN, ET AL., *Respondents*, v. RUSSELL D. SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 96-2-00343-7, James B. Sawyer II, J., entered May 4, 1998. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Seinfeld, J. Now published at 95 Wn. App. 431.

[No. 23370-3-II.    Division Two.    April 16, 1999.]

MARY A. RICH, *Appellant*, v. FIBERWEB WASHOUGAL, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-2-04231-9, Barbara D. Johnson, J., entered May 22, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 23635-4-II.    Division Two.    April 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN BRICE NIELSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00446-8, James E. Warme, J., entered July 16, 1998. *Remanded* by unpublished opinion per Hunt, J., concurred in by Morgan and Houghton, JJ.

[No. 38421-0-I.    Division One.    April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH D. HIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04213-5, Janice Niemi, J., entered March 18, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Agid, A.C.J., and Coleman, J.